# Exhibit 8

*Newspaper Article*

## THIS WEEK



**Worldly president** — Ron Sanders, president of B'nai Zedek in Kenosha, says he's got the largest synagogue in the world.

**page 3**



**Win-win financial, press tips** — Attorney and C.P.A. Edward David provides strategies for year-end giving; The Chronicle gives advice on getting your (organization's) name in print.

pages 6-7

# Local Russian-born rabbi accused of 'idolatry' and 'apostasy'

**By Leon Cohen**
of The Chronicle staff

All streams of Judaism, whatever their other theological-ideological differences, hold that God cannot be a human being, living or dead.

The Jewish world most of the time appears to take theology lightly, being more concerned with activity or practice rather than with belief.

Headline-making pronouncements and controversies about theology — like the March 1997 statement by an obscure Orthodox rabbis group asserting that the Conservative and Reform movements are not authentic Judaism — are rare.

That makes highly unusual the letters and statements that appeared as paid advertisements on two full pages of the Nov. 20 Wisconsin Jewish Chronicle.

These denounced a Russian-born Milwaukee rabbi's teachings as "unmitigated idolatry," "sheer apostasy" and "contrary to the very basic beliefs of Torah and Judaism." The letters therefore urged area Jews to "withhold and withdraw their support" from his activities.


Rabbi Alexander Milchstein

The trigger of this event was a calendar of the Jewish year published in Russian by the Milwaukee Synagogue for Russian Jews-Congregation Moshiach Now.

The first page of this calendar displays a photograph of Rabbi Menachem Schneerson, the late Lubavitcher Rebbe (1902-1994), leader of the Chabad Lubavitch Hasidic movement. Under the photo in large type are the Russian letters "B-g,"


Rabbi Menachem Schneerson, the late Lubavitcher Rebbe, appears on the calendar published by the Milwaukee Synagogue for Russian Jews-Congregation Moshiach Now. The Russian letters stand for the word "Bog," Russian for God.

(See page 14)

## ANSWER THE CALL

More than 3,000 Milwaukee Jews will be invited to "join the circle" during Super Sunday, Dec. 6, and Super Week, Dec. 8-10, by making a contribution to the Milwaukee Jewish Federation 1999 Community Campaign.

"We urge everyone to answer the call generously," say co-chairs Stephen Malisow and Alicia Rosenthal. "Remember it's your friends and neighbors who are on the other end of the line, volunteering their time."

The theme of the 1999 Community Campaign is No Gift Touches More Lives. "With your contribution, you connect to the rescue, care and spiritual rebirth of Jews everywhere," the co-chairs explain.

"Dollars raised during this phone-a-thon, which is the federation's largest community-wide fund-raising event, will go to provide programs and services for the very young to the frail elderly here at home and in the former Soviet Union, and to rescue members of our Jewish family around the world."

This year's event includes a special outreach effort to connect with new donors. "It's important that everyone has the opportunity to be a part of the community. This year we have two goals: to raise $180,000 and to acquire as many new contributors as possible."

Case 2:19-cv-00834-LA Filed 10/15/19 Page 2 of 4 Document 129

App. 123

# Rabbi

(From page 1)

Next to that picture is a Russian text written by MSRJ's founder and spiritual leader Rabbi Alexander Milchtein (pronounced "Milshtein"). Last week, Milchtein translated it for The Chronicle, including passages calling the rebbe "Rebbe Almighty," claiming that the rebbe said "he himself is G-d and Moshiach [Messiah]" and proclaiming "Long live our Rebbe-G-d, our teacher King Moshiach forever!"

## Behind the beliefs

Milchtein's writings inspired signed denunciations from Orthodox rabbis in the Milwaukee-area, including Rabbi Yisroel Shmotkin, director of Lubavitch of Wisconsin, the official Chabad Lubavitch *shaliach* (emissary) to the state.

And on Nov. 27, the Central Committee of Chabad-Lubavitch Rabbis in the United States and Canada, based in Brooklyn, sent a letter "To the Jewish Community of Milwaukee, Wisconsin," saying "There is no room in the Jewish faith for such apostasy" as "ascribing divinity" to the rebbe.

Milchtein's proclamation and the local protests may have had other repercussions. Milchtein's wife, Riva, had been working as a K-4 teacher at the Hillel Academy.

She recently told The Chronicle that on Nov. 22 Hillel officials

funds, because there is no point to raise more funds if you are not truthful."

## Not for nursery school

Milchtein's claims deeply distress Shmotkin. In an interview Tuesday, Shmotkin said he didn't know whether "to laugh, cry or throw up" about them.

Shmotkin contended that Milchtein doesn't have the knowledge and authority to interpret the rebbe's statements. He cited and showed to this writer passages in the Torah, Talmud, Zohar and commentaries that metaphorically call people like the patriarch Jacob "God" to show "how holy a Jew can become ... as if G-d Himself would be [where that person was]."

Regarding the rebbe's statement in "Likudei Sicchos" that Milchtein cites, Shmotkin said that in context the rebbe was referring in the same metaphorical way to his predecessor, who had recently died. "The rebbe never talked about himself," Shmotkin said.

Shmotkin said that even raising such questions can only confuse people. "Unless you deal with it in depth, you just don't touch it," he said. Milchtein, however, is behaving like a college undergraduate "having an opinion about brain surgery."

Shmotkin's comment was echoed by Rabbis Michel and Benzion Twerski, the father and son spiritual leaders of Congregation Beth Jehudah, themselves

# W o

## Premier ready to reopen t

**Jerusalem (JTA)** — Israeli I Minister Benjamin Netanyahu he is ready to reopen peace talk Syria without any precondition denied reports that Syrian Pres Hafez Assad had sent a message ing Israel peace with Lebano Syria in return for a full Israeli drawal from the Golan Heights.

Meanwhile, the United S urged Israeli Prime Minister jamin Netanyahu to use "max restraint" in his Lebanon policy ilar messages were delivered by diplomats to officials in Lebanon Syria.

# Birthright

(From page 4)

education programs, conte that "the support of an ur standing group of philanthro ... essentially mitigates seri against the contention that [a trip to Israel] is purely a fina issue."

He called the Birthright pr "a major step in developing very vital element in Jewish cation that has been an aspe frustration to all of us becau the financial implications."

Birthright supporters agree the project is not a panacea fo assimilation ills of Amer Jewry.

"We can't put our eggs in

cle that on Nov. 22 Hillel officials met with her, asked her about her association with MSRJ (she is the synagogue's executive director) and then terminated her employment there.

They did this even though she was "not a Judaic teacher" at Hillel and though "I have my questions" about the idea of the rebbe being God, she said. "I'm not a 100 percent believer in this."

Hillel Academy president Claudia Cohen declined to comment on the matter.

Whatever his wife's doubts, Rabbi Milchtein appears to have none.

Though the great medieval rabbi-codifier-philosopher Maimonides listed among the 13 principles of the Jewish faith belief that God is incorporeal, Milchtein claimed in an interview last week that "many [Jewish] sages that are bigger than Maimonides" believed otherwise.

Milchtein further said that the rebbe in some of his writings asserted that God has a human body, that "G-d is the Moshiach himself" and that "the rebbe is G-d." He cited particularly volume two of "Likudei Sicchos," a series of the rebbe's writings and speeches.

"It was not I who picked the rebbe and decided that he be G-d," Milchtein said. Moreover, "I believe in all the rebbe's words 100 percent on any topic."

Milchtein also claimed that "most of the Lubavitch Chasidim believe the same way" but hide their beliefs for fear that fund-raising will be affected.

While acknowledging that his own statements may affect fund-raising for his own work, Milchtein said, "We have certain beliefs and we are not willing to compromise them to get more

[...] Chasidim from the Bobover group. Twerski senior contributed a letter to the statements printed in the Nov. 20 Chronicle.

About a year ago, some local Russian Jewish immigrants called the senior Twerski's attention to Milchtein's beliefs about the rebbe. Both Beth Jehudah rabbis had a meeting with Milchtein last month, in which Milchtein tried to justify his beliefs to them.

"The [Lubavitcher] rebbe uses certain kabbalistic [Jewish mystical] expressions and references which most students would interpret within the scope of our theological structure so that it was not in conflict with that structure," Rabbi Michel Twerski told The Chronicle. "Milchtein insists on interpreting them in a very concrete and literal way, which makes it stand in conflict with the classical Jewish theology."

"There needs to be understanding that study of kabbalistic and Chasidic thought is not a nursery school subject," said Rabbi Benzion Twerski. "It is designated for people with knowledge of all traditional texts. Here we have an example of what happens when people who don't have that knowledge attempt on their own and promote themselves as authorities in interpreting those texts."

Rabbi Michel Twerski sent Milchtein a letter on Nov. 6 (a copy of which Shmotkin furnished to The Chronicle), urging Milchtein to repudiate and apologize for teaching that the rebbe is God by Nov. 16.

Rabbi Benzion Twerski said his father "pleaded and begged" Milchtein to do this at their meeting, but Milchtein "was unmovable. There was nobody to talk to."

basket," said [...] one basket for [...] is enough. We [...] tunities across [...] camping, day [...] education an [...] youth groups [...] And what goe [...] still most impor [...]

ONE [...]

$32 [...]

☐ 1 year
☐ Patron
☐ Sponsor

☐ Paymer
☐ Movin
☐ Gift
Mail Pa [...]
Wiscons [...]
Chr [...]
1360 N. P [...]
Milwaukee [...]

Name: _____
Address: _____

City: _____
State: _____
Zip: _____
Phone: (___) [...]

QUEST [...]
Call (414) [...]