District Court
Eastern District of Wisconsin

| | |
|---|---|
| **Rabbi Alexander Milchtein** and **Ester Riva Milchtein**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Eloise Anderson**, et al, <br><br> *Defendants*. | **Civil Action No.** 2:19-cv-01834 |

## Motion to Withdraw Corrine L. Youngs

Corrine L. Youngs, counsel for Plaintiffs, respectfully moves to withdraw from representation of Plaintiffs in the above-captioned suit. In support, Ms. Youngs states as follows:

1. On June 26, 2020, Ms. Youngs will discontinue her employment with The Bopp Law Firm PC.

2. Plaintiffs has been notified of Ms. Youngs' intention to withdraw.

3. Plaintiffs will continue to be presented by James Bopp, Jr. and Amanda Narog.

4. Ms. Youngs will no longer be able to offer Plaintiffs legal counsel. Please remover her name from counsel lists and email distribution lists.

-1-

Dated: June 26, 2020

Respectfully submitted,

/s/ Corrine L. Youngs
Corrine L. Youngs
cyoungs@bopplaw.com
THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, IN 47807-3510
Ph: 812/232-2434
Fax: 812/234-3685
*Counsel for Plaintiffs*