

**Samuel C. Hall, Jr.**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7587
Email: shall@crivellocarlson.com

July 6, 2021

<u>Via Efiling</u>
Hon. J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Courtroom - 425
Chambers - 471
Milwaukee, WI 53202

    Re:    Rabbi Alexander Milchtein, et al. v. Mark Mertens, et al.
            U.S.D.C. Eastern District of WI Case No. 19-CV-1834
            Our File No: 2358-2101463

Dear Judge Stadtmeuller:

Attorney Anne Kearney is no longer employed by the Milwaukee County Office of Corporation Counsel. Defendants' Mark Mertens, Milwaukee County, Milwaukee County Department of Health and Human Services, Kelly Pethke and Sara Woitel will continue to be represented by Samuel C. Hall, Jr. and Zachary J. Flood of Crivello Carlson, S.C. We respectfully request that service lists be updated to reflect this change.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Thank you.

Very truly yours,

*s/Samuel C. Hall, Jr.*

SAMUEL C. HALL, JR.
SCH/lag

cc:    All Counsel of Record (via electronic file)

MILWAUKEE, WI  MADISON, WI  EAU CLAIRE, WI  DELAFIELD, WI  MUKWONAGO, WI  CHICAGO, IL  EDWARDSVILLE, IL
(414) 271-7722  (608) 819-8490  (715) 598-1730  (414) 271-7722  (262) 363-7720  (312) 523-2111  (618) 655-0006

Case 2:19-cv-01834-JPS    Filed 07/06/21    Page 1 of 1    Document 57