# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RABBI ALEXANDER MILCHTEIN
and ESTER RIVA MILCHTEIN,

           Plaintiffs,

v.

ELOISE ANDERSON, MILWAUKEE COUNTY, ARLENE HAPPACH, ROBIN JOSEPH, SARAH HENERY, MARTHA STACKER, LORI WAGNITZ, MARY PAT BOHN, CRYSTAL REYES, NADINE SHERMAN, JULIA KONRARDY COMEY, CHILDREN'S HOSPITAL AND HEALTH SYSTEM, INC., SARA WALDSCHMIDT, JACKIE VOYKIN STEFFES, MILWAUKEE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, KELLY PETHKE, MARK MERTENS, SARA WOITEL, BELLA'S GROUP HOME, LLC, JOHN T. CHISHOLM, and LORI KORNBLUM,

           Defendants.

Case No. 19-CV-1834-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the State Defendants' motion to dismiss (Docket #23) be and the same is hereby **GRANTED** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claims as to Defendants Eloise Anderson, Mary Pat Bohn, John T. Chisholm, Julia Konrardy Comey, Arlene Happach, Sarah Henery, Robin Joseph, Lori Kornblum, Crystal Reyes, Nadine Sherman, Martha Stacker, and Lori Wagnitz be and the same are hereby **DISMISSED with prejudice** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Eloise Anderson, Mary Pat Bohn, John T. Chisholm, Julia Konrardy Comey, Arlene Happach, Sarah Henery, Robin Joseph, Lori Kornblum, Crystal Reyes, Nadine Sherman, Martha Stacker, and Lori Wagnitz be and the same are hereby **DISMISSED** from this action (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that the Hospital Defendants' notice of joinder in motion to dismiss (Docket #26, #28) be and the same is hereby **GRANTED** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claims as to Children's Hospital and Health System, Inc., Jackie Voykin Steffes, and Sara Waldschmidt be and the same are hereby **DISMISSED with prejudice** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Children's Hospital and Health System, Inc., Jackie Voykin Steffes, and Sara Waldschmidt be and the same are hereby **DISMISSED** from this action (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that the County Defendants' motion to dismiss (Docket #26) be and the same is hereby **GRANTED in part and DENIED in part** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that the following claims against Milwaukee County, Milwaukee County Department of Health and Human Services, Mark Mertens, Kelly Pethke, and Sara Woitel be and the same are hereby **DISMISSED with prejudice:** Plaintiffs' claims as to C.M. and S.M.; and Claim One, Counts Four and Eight, Claim Two, and Claim Four as to D.M. (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant BGH's motion to dismiss (Docket #42) be and the same is hereby **GRANTED** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim Two be and the same is hereby **DISMISSED with prejudice** as to Defendant Bella's Group Home, LLC (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Bella's Group Home, LLC be and the same is hereby **DISMISSED** from this action (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Milwaukee County and Milwaukee County Department of Health and Human Services be and the same are hereby **DISMISSED** from this action (Docket #58);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Sara Woitel, Kelly Pethke, and Mark Mertens's motion to dismiss (Docket #49) be and the same is hereby **GRANTED** (Docket #58);

**IT IS FURTHER ORDERED AND ADJUDGED** that the following claims against Defendants Sara Woitel, Kelly Pethke, and Mark Mertens be and the same are hereby **DISMISSED with prejudice**: Claim One, Counts One, Two, and Six as to D.M. (Docket #58);

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim One, Count Three against Defendant Sara Woitel be and the same is hereby **DISMISSED with prejudice** as to D.M. (Docket #58);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Sara Woitel, Kelly Pethke, and Mark Mertens be and the same are hereby **DISMISSED** from this action (Docket #58); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice** (Docket #58).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

September 24, 2021  
Date

GINA M. COLLETTI  
Clerk of Court  
*s/ Jodi L. Malek*  
By: Deputy Clerk