District Court
Eastern District of Wisconsin

| | |
|---|---|
| **Rabbi Alexander Milchtein** and **Ester Riva Milchtein**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Eloise Anderson, Milwaukee County, Arlene Happach, Robin Joseph, Sarah Henery, Martha Stacker, Lori Wagnitz, Mary Pat Bohn, Crystal Reyes, Nadine Sherman, Julia Konrardy Comey, Children's Hospital And Health System, Inc., Sara Waldschmidt, Jackie Voykin Steffes, Milwaukee County Department of Health and Human Services, Kelly Pethke, Mark Mertens, Sara Woitel, Bella's Group Home, LLC, John T. Chisholm, and Lori Kornblum**, <br><br> *Defendants*. | **Civil Action No.** 2:19-cv-1834-JPS |

# Notice of Appeal

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit.

Judgment appealed: Orders Dismissing (ECF 48, 58, dated October 27th, 2020 and September 24th, 2021, respectively), for which final judgment was entered in on the 24th day of September, 2021 (ECF 59).

**Notice of Appeal**

Dated: October 22, 2021

Respectfully Submitted,

/s/ Jeffrey P. Gallant
James Bopp, Jr., Ind. Bar No. 2838-84
Jeffrey P. Gallant, Va. Bar. No. 46876
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
jgallant@bopplaw.com
*Counsel for Plaintiffs*

**Notice of Appeal** -2-

## Certificate of Service

I hereby certify that a copy of the foregoing document was served on all counsel of record in this matter on October 22, 2021, via the Court's electronic filing system.

/s/ Jeffrey P. Gallant